FREDERICK B. VANDEGRIFT, Respondent, *v.* THE COWLES ENGINEERING COMPANY et al., Appellants; THOMAS F. NEVINS et al., Defendants.

Reported below, 33 App. Div. 148.
(Argued April 17, 1899; decided April 25, 1899.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 4, 1898, reversing a judgment in favor of defendants entered upon a decision of the court dismissing the complaint at a Trial Term, and granting a new trial.

The motion was made upon the grounds that the appellants are legally dead and have no existence in the eyes of the law, and that the appeal is simply taken for the purpose of delay.

526 MEMORANDA.

*Henry G. Harris* for motion.

*Henry W. Goodrich* opposed.

Motion denied, with ten dollars costs.